**STATE of Missouri, Respondent,**

v.

**Gina JONES, Appellant.**

**No. 67742.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

Oct. 31, 1995.

Rose M. Wibbenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, C.J., and SMITH and RHODES, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the judgment entered upon her conviction by a jury of receiving stolen property in violation of § 570.080 RSMo 1994. Defendant was sentenced to sixty days imprisonment. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the sole point on appeal to be without merit. A detailed opinion reciting the facts and legal principles would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth our reasoning. The judgment is affirmed in accordance with Rule 30.25(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Dennis KAUCHER, Defendant/Appellant.**

**No. 67029.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 31, 1995.

Rose M. Wibbenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction by a jury of one count of felony stealing, § 570.030, RSMo 1994. The court sentenced defendant as a prior and persistent offender to a prison term of thirteen years. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).